IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

FILED
OCT 9 - 1997
U.S. DISTRICT COURT
CLARKSBURG, WV 26301

UNITED STATES OF AMERICA,
        Plaintiff,

v.                      CRIMINAL NO.: 1:97CR38
                      VIOLATIONS: 18 USC 242

JOSEPH TROISI,
        Defendant.

### INDICTMENT

The Grand Jury charges that:

#### COUNT ONE

On or about the 26th day of June, 1997, in Pleasants County, in the Northern Judicial District of West Virginia, defendant JOSEPH TROISI, then a Judge of the Circuit Court of Pleasants County, West Virginia, acting under color of the laws of the State of West Virginia, did willfully bite the nose of William Joseph Witten, an inhabitant of the State of West Virginia, and did thereby willfully deprive William Joseph Witten of the rights secured and protected by the Constitution and laws of the United States not to be deprived of liberty without due process of law resulting in bodily injury to William Joseph Witten; in violation of Title 18, United States Code, Section 242.

A true bill,

/s/ Foreperson.

/s/
WILLIAM D. WILMOTH
United States Attorney